Uzma Batul Amrani, pro se
13100 West Bellfort Avenue Apt 232
Houston, TX. 77099-4832
872-777-5678
Email: u_umrani@yahoo.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UZMA BATUL AMRANI, PRO SE

Plaintiff,

vs.

MEDICAL CITY OF DALLAS (HOSPITAL),

FARIBA PAJOOHI, MD.

HAILEE ASHTON ELLIOTT, RN #860152

Defendant

Case No.: ______________________.

COMPLAINT FOR MEDICAL MALPRACTICE

## I. PLAINTIFF

Comes now Plaintiff, UZMA BATUL AMRANI, PRO SE I. PLAINTIFFS COMPLAINT FOR MEDICAL MALPRACTICE. 1 Plaintiff, Uzma Batul Amrani is a citizen of Texas and resident of Houston, Texas, who currently and at all times relevant to this action has resided in Texas. Plaintiff, Uzma Batul Amrani (hereinafter "Ms. Amrani"), is a citizen of Texas, and resident of Houston, Texas. She is bringing this lawsuit in her individual capacity, pro se.

## II. DEFENDANTS

Defendant Fariba Pajoohi, MD was the primary care physician for the plaintiff. Defendant Hailee Aston Elliott RN#860152 was the admitting nurse. The defendants were engaged in the conduct complained of in the course and scope of their employment at Medical City of Dallas (Hospital). Defendants were responsible for the complete care of the plaintiff. That the defendants care fell below the level a similarly-trained professional would have offered under an emergency situation. That the plaintiff has suffered damage as a direct result of their failure.

## III. JURISDICTION AND VENUE

This court has subject matter jurisdiction because the causes of this action et seq., arose and occurred in Fort Bend County, State of Texas. Southern District of Texas.

Venue is appropriate in this court, pursuant to, because the acts giving rise to this Complaint occurred within Fort Bend County, State of Texas. Southern District of Texas.

Plaintiff Uzma Batul Amrani asserts a negligence and medical malpractice claim.

## IV. FACTS

Date of Incident: April 5, 2021 - Complications due to pregnancy, I, UZMA BATUL AMRANI was transported to Medical City of Hospital by ambulance. Upon arrival, I encountered Nurse Hailee Elliott who did not triage me as the usual and customary procedure for receiving patients brought into a medical facility.

In fact, she was very rude and disrespectful to my pleas for help and my need to see a doctor to be submitted for formal treatment. It was very clear that I was pregnant and in my last trimester of my pregnancy and showing signs of distress (nausea and vomiting) due to active labor with deep contractions and full dilation, along with extreme pressure in the lower abdomen. I lost the ability to walk on my own strength without assistance. After waiting for a proper response, I was told by hospital staff to go home and wait an entire week and then come back to deliver the baby? I begged and pleaded with them that I can't go home, that I was in too much pain and that this baby was going to come today. They still refused. The staff was acting very indifferent and appeared to be treating me very badly, for no reason. This was not my first baby and I know what labor is and when the baby is about to come. I was discharged against my will and desire to proper care. Not properly triaged or documented by the medical staff.

The early morning of April 6, 2021, I went to the bathroom because of unbearable pressure and fluid leaking from the birth canal; my water had broken and the baby's head was about to crown. I was emotionally, mentally and physically overwhelmed because I knew the baby was coming when I was at the hospital, and now that I was back home I feared that I was in danger of losing my baby and my own life because I was not in the care of a doctor/hospital. Within minutes, an ambulance from the city fire department arrived and transported me to the hospital. The paramedics on the ambulance stated that I should not have been released by the hospital and told to

come back in a week. This was clearly not a false labor event. Both the baby and my vitals were elevated and had I not received a quick dispatch to the hospital my health and the baby's health could have been critical or possible death to both myself and the baby. As a direct result of their negligence, both my baby and I have suffered emotional, mental and physical distress. (See Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F & Exhibit G. attached).

## V. CAUSES OF ACTION

Plaintiffs reallege all paragraphs above, and assert the following causes of action.

MEDICAL MALPRACTICE AND NEGILENCE

**MEDICAL MALPRACTICE**

**(pursuant to RULES OF CIVIL PROCEDURE Chapter 74)**

## IX. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays for judgment against the Defendant, as follows: For a judgment of liability in favor of the Plaintiffs and against the Defendants; For an award of general damages in favor of the Plaintiffs and against the Defendants in an amount to be decided at the time of trial; For an award of special damages in favor of the Plaintiffs and against the Defendant. For Plaintiffs' costs and disbursements herein and reasonable attorney's fees; For such further relief as the Court finds appropriate, equitable or just.

Dated this day of Month, year.

Uzma

Uzma Batul Amrani, pro se
13100 West Bellfort Avenue Apt 232
Houston, TX. 77099-4832
872-777-5678
Email: u_umrani@yahoo.com

**<u>Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F & Exhibit G. attached</u>**

COMPLAINT FOR MEDICALMALPRACTICE - 4



# EXHIBIT A

# EXHIBIT B

RUN DATE: 04/07/21
RUN TIME: 2025
RUN USER: [illegible]

Medical City Dallas EDM
EMERGENCY PATIENT RECORD

PAGE 1

Patient: UMRANI,UZMA
EDM Provider: Pajouhi,Fariba MD

Age/Sex: 32/F

Acct No: H00744602334
Unit No: H002026311

ED Physician: Pajouhi,Fariba MD
Practitioner:
Nurse:

Arrival Date/Time: 04/05/21 - 2300
Triage Date/Time: 04/05/21 - 2300
Date of Birth: 10/10/1988

Stated Complaint: 30WKS ABDOMINAL PAIN
Chief Complaint:
Status Event History:
04/05/21 2300 Reception
2300 Registration
04/06/21 0146 Departed

Priority:

MODE OF ARRIVAL

WALK IN

| Allergy/Adverse Reaction | Type/Category | Severity | Date | Ver |
| --- | --- | --- | --- | --- |
| No Known Allergies | Allergy/Drug | | 04/05/21 | N |

Disposition: 01 ROUTINE HOME/SELF CARE
Comment:
Condition:

Departure Date/Time: 04/06/21 - 0146

Referrals:

Pt. Instructions:

Departure Forms:

*** ASSESSMENT PARAMETERS ***

These are the definitions of Within Defined Parameters by Body System

NEUROLOGICAL
- Alert & Oriented X 4
  Pupils equal
- Speech clear and appropriate for age
- Moves all extremities
- No paralysis
- Steady gait
- Ambulates independently

EENT
- Eyes - Clear, no tearing or redness
  Ears - No complaint of hearing difficulty, loss of hearing, or change in hearing, pain free, no drainage
- Nasal - Breathes freely through both nares
- Throat - No hoarseness or stated soreness, no cough

RESPIRATORY
- No respiratory distress
- No cough
- No O2 or assistive devices
- No nasal flaring or pursed lip breathing
- Respirations even & unlabored
- Skin pink & warm to touch

CARDIAC
- No stated calf tenderness
- No history of pacemaker or implanted defibrillator
- Denies current cardiac complaint
- Skin pink & warm to touch - no cyanosis, mottling, diaphoresis or flushing of skin

CIRCULATORY
- Oral mucosa pink and moist
- Skin color appropriate to ethnic color
- Denies sensory complaints
- No edema noted

MUSCULOSKELETAL
- Moves all extremities
- Ambulates independently

GASTROINTESTINAL
- Denies GI complaints

GENITO-URINARY
- Denies GU complaints

INTEGUMENTARY
- Skin warm, dry & intact
- No complaints of lesions, rash, wounds, bruises, petechiae or abrasions

PSYCHOSOCIAL
- With regards to cultural influences: mood/affect is appropriate
- Patient demonstrates effective coping skills/patterns for situation

These are the definitions of Within Defined Parameters for the Nutritional and Functional Screenings:

NUTRITIONAL
- No swallowing/chewing impairments
- No nausea and/or vomiting and/or diarrhea for 3 or more days
- No reported unintentional weight loss > 10 lbs in last 3 months
- No reported decrease in intake > 50% of usual in last two weeks

FUNCTIONAL
- No unexplained alteration in movement/mobility in last four weeks
- No recent limitation performance of ADLs
- No recent alteration in ADLs that require assistance

This is the definition for the evidence of Physical and/or Psychological Abuse question:

ABUSE HISTORY TO INCLUDE, BUT NOT LIMITED TO:
PT DOES NOT REPORT/NO EVIDENCE OF ANY OF THE FOLLOWING: abuse/neglect, Hx. of abuse/neglect, withdrawn/fearful behavior, Unexplained or suspicious bruises/wounds, Patient/Caregiver story changes, Defensive about injuries, Undernourished despite good appetite, Recurrent/Suspicious injuries, Fear of return to previous arrangements, Injuries do not match event history.

PRESCRIPTIONS/REPORTED MEDS

| Prescriptions/Reported Meds | Type | Issued | Provider | Last Edit |
| --- | --- | --- | --- | --- |
| METFORMIN (Glucophage) (Unknown Strength) TAB | Reported | | | 04/06/21 |

Unknown Dose
Discontinue Reason: 3
<Last Taken> -> UNKNOWN 04/05/21 @ 0000
<Reviewed> -> CHPALA,JESSICA 04/05/21 @ 2300

Physically Leaves Date: 04/06/21
Physically Leaves Time: 0146

PRINT DATE 04/07/21 MEDICAL CITY DALLAS PAGE 1

PRINT TIME 0201 7777 FOREST LANE

RUN USER [illegible] DALLAS, TX 75230

NPF LAB Discharge Summary Report w/o Pathology

-----------------------------------------------------------------------------------

PATIENT: UMRANI,UZMA ACCT #: E00744602334 LOC: E.CERD U #: E0020263[illegible]

AGE/SX 32/F ROOM: REG: 04/05/21

REG DR: Pajoohi,Fariba MD STATUS: DEP ER BED: DIS:

-----------------------------------------------------------------------------------

*** CANCELLED SPECIMENS ***

0406:DL:S00073R CAN, Coll: 04/06/21-0433 Recd: - (R017774357) Pajoohi,Fariba

Ordered: Covid Asymp IHR

Comment: Cancelled via CE: WRONG ACCOUNT

EXHIBIT C

# EXHIBIT D

Run Date/Time
04/06/21 0136

**Medical City Dallas**
Discharge - Patient Medication Report

Printed By
H.3CEE276

**UMRANI, UZMA**

Acct# H00744602334
MR# H002026311

ALLERGIES: No Known Allergies
Adverse Drug Reactions: *** No ADR's Entered ***

PREFERRED PHARMACY: KROGER SOUTHWEST 526, 536 CENTENNIAL BLVD, Richardson, TX, 75081
PH# 972-437-2470 Fax # 972-437-2675

***FINALIZED*** Discharge Medications ***FINALIZED***

Updated Home Medication List

| GENERIC NAME (TRADE NAME) DOSE | ROUTE | FREQUENCY | QTY/DAYS | LAST DOSE DATE/TIME |
|---|---|---|---|---|
| METFORMIN (TRADE NAME: Glucophage) Glyburide LAST TAKEN DOSE UNKNOWN | | Next Dose Due ________ | | |

*** The doctor at the hospital has approved this list of medications. You should start taking these medications after you are discharged. Throw away your old lists. Give this list to your doctor(s). Contact your doctor before stopping any medication on this list and before taking medication not on this list. ***

UMRANI, UZMA    Acct# H00744602334    DOB: 10/11/88    Age: 32    Sex: F    LOC: H.TRJ-1
MR# H002026311    Adm/Svc: 04/05/21    Attend MD:

[signature] 4/6/21 0145
Patient/Representative Signature    Date/Time

[signature: Jaille Elliott] 4/6/21 0145
Nurse/Clinician Signature    Date/Time

EXHIBIT E

Medical City Dallas

Uzma Umrani

Uzma Umrani

RECEIVED
By HBO4965 at 6:43 am, Mar 13, 20



# EXHIBIT F

Ciox Health
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
|---|
| 03/ 20/ 2023 |

https://www.smartrequest.com/

**Ship To:**

UZMA UMRANI
UMRANI, UZMA
13100 W BELLFORT AVE
APT 232
HOUSTON,TX 77099-4832

Requested By: UMRANI, UZMA
Patient Name: UMRANI UZMA
DOB : 10/10/1988

**Records From:**

MEDICAL CITY OF DALLAS
7777 FOREST LN
DALLAS,TX 75243

Please Note:
Your medical record request has been delivered electronically to your Ciox eDelivery account.

---

0407962943
INVOICE NUMBER

Ciox Health
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-800-367-1500